B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN District of ILLINOIS | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pagonis, George** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>George Pagonis d/b/a Auto Outlet | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   2506 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>439 Mon<br><br>Wheeling, Illinois                    60090 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br> |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

## Chapter or Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

## Filing Fee (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS COURT USE ONLY

### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)**

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s):   George Pagonis |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  /s/ Martin V. Joseph<br>    Signature of Attorney              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

**(Check any applicable box.)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (04/13)**

| Voluntary Petition | Name of Debtor(s): George Pagenis |
| (This page must be completed and filed in every case) | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney
Martin Y. Joseph
Printed Name of Attorney for Debtor(s)

_____
Firm Name
221 N. LaSalle Suite 1906
Address
Chicago, IL  60601

312-749-1693
Telephone Number

_____
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re:    George Pagonis                          Case No.
          **Debtor**                                          **(if** known)

                                                  Chapter              7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "**Statistical Summary** of Certain Liabilities and Related Data" if t h y file a **case** under chapter 7, **11**, or **13**.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 5 | $1,560.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $110,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $31,551.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,400.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,050.00 |
| TOTAL | | 15 | $151560.00 | $31661.00 | |

Official Form 6A (12/07)

In Re: _____George Pagonis_____
                              Debtor                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed **below,** list all real property in which the debtor has any **legal,** equitable. or **future** interest including all property **owned** as a co-tenant wmmunity property, or in which the debtor has a lifeestate.  Include any property in which the debtor holds rights and **powers** exercisable for the debtor's **own** benefit. If the debtor is married, state whether husband, wife, or both own the properly by placing an **"H",** "W", **"J",** or **"C"** in the **column** labeled "Husband, **Wife,** Joint or Community".  **If the** debtor holds no interest in real **property,** mite "None" under "Description and **Location** of Properly".

Do not include interesb in **executory contracts** and  unexpired **leases** on **this** schedule.  List **them in** Schedule **G - Executory** Conbacband Unexpired **Leases.**

If an entity claims to **have** a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the **property,** write "None" in the **column** labeled "Amount of Secured Claim".

**If the** debtor is an individual or if a joint petition is filed, **state** the amount of any exemption claimed in **the** property only in Schedule C **- Property** Claimed **as** Exempt.

| Description and Location of Property | Nature of Debtor's **Interest** in **Property** | Husba nd, Wife, Joint, or Co mmunity | Current **Value** of Debtor's Interest in Property **Without** Deducting Any Secured Claim or **Exemption** | **Amount of** Secured Claim |
|---|---|---|---|---|
| Single Family Home 439 **Mors** Wheeling, IL 60090 | **Joint** tenant | J | $1 30,000.00 | $1 **10,000.**.00 |
| | | Total | **$130,000.00** | |

Official Form 6B (12/07)

In Re: _____George Pagonis_____    Case No. _____

                    Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal properly of the debtor of whatever kind.  If the debtor has no properly in one or more of the categories, place an "X" in the appropriate position in the column labeled 'None'. If additional space is needed in any category, attach a separate sheet properly identified with the same case name, care number, and the number of the Category.  If the debtor is married, stare whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, stale the person's name and address under "Description and Location of Property".  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| I.  Cash on hand. | | Cash | | 60 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift,  building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Checking Accopunt MB Financial Bank | | 800 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | I/2 interest in TV Set, Furniture Sereo Computer | | 500 |

In Re: _____George Pagonis_____          Case No. _____
                        **Debtor**                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 300 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In Re: _____George Pagonis_____
                              Debtor                                                                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |

In Re: _____     Case No. _____
                        George Pagonis
                           Debtor                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing penonally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor pri-marily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In Re: _____George Pagonis_____    Case No. _____
                          Debtor                                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipmenf and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total    $1,660.00

B6C (Official Form 6C) (04/13)

In Re: _____ George Pagonis _____          _____ Case No. _____
                    Debtor                                              (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*

☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Single Family Home<br>439 Mors<br>Wheeling, IL. 60090 | 750-65/22; 765-1005/1c<br>Tenancy by the Entireties | | $130,000.00 |
| Cash | 735-5/12-1001(b) | 60.00 | 60 |
| Checking Accopunt MB Financial Bank | 735-5/12-1001(b) | 800 | 800 |
| 1/2 interest in TV Set Furniture Sereo Computer | 735-5/12-1001(b) | 500.00 | 500 |
| | 735-5/12-1001(a) | 300.00 | 300 |

In Re:  George Pagonis                                                                          Case No.
                    **Debtor**                                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. 5 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "I", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is uliquidated, place an "X" in the wlumn labeled "Unliquidated." If the claim is disputed place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number:<br><br>PNC Bank<br>1177 Lake Cook Road<br>Buffalo Grove, IL. 60089 | | J | 1/2 interest Single family Home 439 Mors Wheeling, IL<br><br>VALUE $      300,000.00 | | | | $110,000.00 | |
| Account Number:<br><br> | | | <br>VALUE $ | | | | | |
| Account Number:<br><br> | | | <br>VALUE $ | | | | | |
| | | | Subtotal<br>(Total of this page) | | | | $110.00 | $0.00 |
| | | | Total<br>(Use only on last page) | | | | $110.00 | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__0__  continuation sheets attached

In Re:     George Pagonis

            Debtor                                                 (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Totals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6E (12/07)

In Re: _____George Pagonis_____     Case No. _____
                    Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor. state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: Target Credit Card C/o Northland Group Inc. P.O. Box 390846 Minneapolis, MN. 55439 | | | | | | | 417.00 |
| Account Number: Citibank N.A. C/o Northfield Group Inc. P.O. Box 390905 Minneapolis, MN 55439 | | | Home Depot Credit Card | | | | 418.00 |
| Account Number: Discover Card P.O. Box 6103 Carol Stream, IL. 60197-6103 | | | | | | | 6568.W |
| Account Number: Bank of America P.O. Box 982235 El Paso, TX 79995-2235 | | | | | | | 3367.00 |
| | | | | | | Subtotal | $10,770.00 |
| | | | | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

  2   continuation sheets attached

In Re: _____George **Pagonis**_____    Case No. _____
                          Debtor                                                     (if known)

☐ **Certain** farmers and fishermen

Claims of certain **farmers** and fishermen, up a $6,150' per **farmer** of fisherman, against the debtor, as **provided** in 11 U.S.C. § 507(a)(6).

☐ Deposits **by** individuals

Claims of individuals up to **$2,775\*** **deposits** for the purchase, lease, or rental of **property** or **services** for personal, family, or household use, that were not **delivered** or provided.  11 U.S.C. § 507(a)(7).

☐ Taxes and Certain **Other** Debts Owed to Governmental Units

**Taxes,** customs duties, and penalties owing to federal, **state,** and local **governmental** units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments** to Maintain the **Capital** of an **Insured** Depository **Institution**

Claims **based** an **commitments** to the FDIC, RTR, Director of the Office of Thrift **Supervision, Comptroller** of the **Currency,** or Board of **Governors** of the Federal Reserve System, or their **predecessors** or Successors, to maintain the capital of an insured depository institution. 1 I U.S.C. p 507(a)(9).

☐ Claims for Death or Personal **Injury** While Debtor Was **Intoxicated**

Claims for death or **personal** injury resulting from the **operation** of a motor vehicle or vessel while the **debtor** was intoxicated from using alcohol, a drug **or** another **substance.** 11 U.S.C. § 507(a)(10).


\* Amounts are **subject to** adjustment on **04/01/16,** and every three years **thereafter** with respect to **cases commenced** on or after the date of adjustment.


<u>0</u>   continuation **sheets** attached

In Re: _____ George Pagonis _____    Case No. _____
                        **Debtor**                                (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: Citicards CBNA 701 E. 60th Street Sioux Falls, SD. 57104 | | | | | | | 106323.00 |
| Account Number: Citgo ConsumerCard P.O. Box 8401 Sioux Falls SD 67117 | | | | | | | 1158.00 |
| Account Number: Citibank N.A. C/o Northland Group Inc. P.O. Box 390905 Minneapolis,MN. 55439 | | | Sears Charge Plus | | | | 726.00 |
| Account Number: Merrick Bank P.O. Box 30537 Tampa, FL. 33630-3537 | | | | | | | 2574.00 |
| Account Number: Chase Bank One C a d Service P.O. Box 15298 Wilmington, DE. 19850 | | | | | | | 574.00 |
| Account Number: Slate From Chase P.O. Box 15123 Wilmington, DE.19850-5123 | | | | | | | 1225.00 |
| Account Number: Comcast P.O. Box 3002 Southeastern PA. 19398-3002 | | | | | | | 1057.00 |

Subtotal  $113,637.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Dam.)

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ George Pagonis _____    Case No. _____ (if known)

| | Debtor | | | | | | | |

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: Kohl's PO Box 2983 Milwaukee, WI. 53201-2983 | | | | | | | 1467.00 |
| Account Number: U.S. Cellular Dept 0203 Palatine, IL.60056-0203 | | | | | | | 316.00 |
| Account Number: Walmart GE Capital Retail Bank P.O. Box 965023 Orlando, FL. 32896-5023 | | | | | | | 803.00 |
| Account Number: Zelkova P.O. Box 31032 Tampa, FL.33631-3032 | | | | | | | 1905.00 |
| Account Number: Capital One Services LLC. C/o Echelon Recovery Inc. P.O. Box 1880 Voorhees, N1.08043 | | | | | | | 585.00 |
| Account Number: FIA Card Services C/o Echelon Recovery Inc. P.O. Box 1880 Voorhees, NJ. 08043 | | | | | | | 3388.00 |
| Account Numbs: | | | | | | | |

Subtotal $8,464.00

Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $132,871.00

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____George Pagonis_____
                                  Debtor                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all **executory contracts** of any nature and all unexpired **leases** of real or personal property. **Include** any timeshare interests. **State** nature of **debtor's interest** in contract, i.e., "**Purchaser**", "**Agent**", Rc. State whether debtor is lhe lessor or **lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.** If **a minor child is a party to** one of the leases or **contracts, state** the **child's** initials and **the name** and address of **the child's** parent or **guardian,**  h as " A, l   a minor child, **by John Doe, guardian."** **Do not disclose** the **child's** name. **See,** 11 U.S.C. § 112 and **Fed.** R. Bankr. P. 1007(m).

☐ **Check this** box if debtor has no **executory contracts** or unexpired leases.

| Name and Mailing Address, Ineludiig Zip Code, of Other Parties to Lease or **Contract** | Description of **Contract** or Lease and **Nature** of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. **State Contract** Number **of Any** Government **Contract** |
|---|---|
|  |  |

Official Form 6H (12/07)

In Re:                George Pagonis                                          Case No.
                          Debtor                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Monika Pagonis<br>439.Mors<br>Wheeling. IL. 60090 | PNC Bank<br>1177 Lake Cook Road<br>Buffalo Grove, IL. 60089 |

| Debtor 1 | George | | Pagonis | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Northern District of Illinois | | | |
| Case number | | | | |
| (If known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 61

# Schedule I: Your Income

12/13

Be as complete and **accurate as possible**. **If** two **married people** are **filing** together (Debtor 1 and Debtor **2)**, both are equally responsible **for supplying correct** information. **If** you are **married** snd not **filing jointly**, and **your** spouse **is living with you**, include **information** about your spouse. **If** you are **separated** and your **spouse is** not filling **with** you, do not Include **information** about your spouse. If more space **is needed**, attach a separate **sheet to this** form. On the top of any **additional pages, write** your name and **case** number (If **known**). Answer every **question**.

---

### Part 1: Describe Employment

1. **Fill in** your employment **information.**

   If you have more than **one** job. attach a separate page with **information** about additional employers.

   Include **part-time**, seasonal, or self-employed work.

   **Occupation** may **include** student w homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Auto Wholesaler Independant Contraetor | Appraiser |
| Employees name | Lease Maturity | Self-Employed |
| Employees address | 605 W. Golf | 439 Mors |
| | Number   Street | Number   Street |
| | | |
| | Schaumberg    IL. | Wheeling       IL.   60090 |
| | City      Stab    ZIP Code | City      State   ZIP Code |
| How long employed there7 | 3 years | |

---

### Part 2: Give Details About Monthly Income

**Estimate** monthly Income as **of** the date you **file this form**. If you have nothing to **report** fw any line, mite $0 in the space. **Include** your non-filing spouse unless you are **separated**.

If you or your **non-filing** spouse have **more** than one employer, mmbine the information for ell employers **for** that person on the lines below. If you need more space, attach a **separate sheet lo** this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. L l s monthly gross wages, **salary**, and **commissions** (before all payroll **deductions**). If not paid **monthly, calculate** what the **monthly wage would** be. | 2 | $ 2,600.00 | $ 2,800.00 |
| 3 **Estimate** and **list** monthly **overtime** pay. | 3. | + $ _____ | + $ _____ |
| 4. Calculate gross Income. Add **line** 2 + **line** 3. | 4. | $ 2,600.00 | $ 2,800.00 |

| Debtor 1 | George | | Pagonis |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

**Check if this is:**

☐ An amended filing

☐ A **supplement** showing post-petition chapter 13 expenses as **of the following** date:
_____ MM / DD / YYYY

☐ A separate filing for Debtor 2 because **Debtor** 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                    12/13

Be as ~~complete~~ and **accurate** as **possible.** If **two married** people am **filing** together, both am equally **responsible** for **supplying** correct **information.** If mom **space** Is needed, **attach** another sheet to **this** form. On the **top** of any **additional pages, write your** name and **case number** (if known). **Answer** every **question.**

### Part 1:   Describe Your Household

1. **Is this** a **joint** cam?

   ☒ **No.** Go to line 2.

   ☐ **Yes. Does Debtor 2 live in a separate** household?

      ☐ No

      ☐ Yes, Debtor 2 must file a separate Schedule J

2. Do **you** have **dependents?**

   Do not list Debtor 1 and **Debtor** 2.

   Do not state the dependents' names.

   ☐ No
   ☒ **Yes. Fill out this information for each dependent..............**

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent'. age | Does dependent live with you? |
|---|---|---|
| Son | 14 | ☐ NO ☐ Yes |
| Wife | 41 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

. **Do your** expenses Include **expenses** of ____ u ____ and your **dependents?**

☒ No
☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your** expenses as of your bankruptcy **filing** date unless you am **using this form** as a supplement **in a Chapter 13** case to report **expenses** as of a date after the bankruptcy **is filed. If this is** a **supplemental** Schedule J check the box at the top **of the** form and **fill In the applicable** date.

Include **expenses paid** for **with non-cash** government **assistance if** you know the value of such **assistance** and have Included it on Schedule **E: Your** *Income* (**Official** Form **E 6I.)**

Your expenses

4. The **rental** or **home ownership** expenses for your **residence.** Include first mortgage **payments** and any rent for the ground or lot.

| | | | | |
|---|---|---|---|---|
| | | 4 | $ | 1.500.00 |

If not Included **in line** 4:

4a. Real estate taxes

| | | 4a. | $ | |

4b. Properly, **homeowner's,** or **renter's** insurance

| | | 4b. | $ | 110.00 |

4c. Home maintenance, repair. and upkeep expenses

| | | 4c. | $ | 100.00 |

4d. Homeowner's ~~association~~ or condominium dues

| | | 4d. | $ | |

In Re:                    George Pagonis                                    Case No.
                        Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets *(total* shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

9 - 18 - 15
_____
Date

_____
Signature of Debtor

_____                          _____
Date                                             Signature of Joint Debtor

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____
Address

X _____                          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of ___ sheets (total shown on summary Page Plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

_____                          _____
Date                                             Signature of Authorized Individual

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In Re:      George **Pagonis**                  Case No. _____

                      Debtor                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13. a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer. or self-employed professional. should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the child's parent or dian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25.     If the answer to an applicable question is "None", mark the box labeled "None". If additional space is needed for the answer to any question. use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been. within six Years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

None ☐   **1. Income** from employment or **operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case war commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning d ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| 26,213.00 | 2013 1099 income |
| 28,213.00 | 2014 1099 income |
| 20,000.00 | 2015 1099 income |

None ☒    **State** the amount of income received by the debtor other than **from** employment, **trade, profession,** or operation of the **debtor's** business during the two years immediately preceding the **commencement** of this case. Give **particulars.** If a joint petition is filed, state income for each spouse separately. (Married **debtors** filing under chapter **12** or chapter 13 must state income for each spouse whether or not a joint petition is **filed, unless** the spouses **are separated** and a **joint petition** is not filed.)

       Amount                    Source

3. Payments to creditors

None    Complete **a**, or **b**,  as appropriate, and c.

     a   Individual or joint **debtor(s)** with primarily consumer debts: List all payments on loans, **installment** purchases of **goods** or services, and other debts, **aggregating** more than *$600* to any **creditor**, [except for a **debt** on **account** of a domestic suppon obligation,] made within *90* days immediately preceding the commencement of this case. **Indcate** with an **\*** any payments that were made to the creditor on account of a domestic suppon obligation or as part of an alternative **repayment** schedule under a plan by an approved nonprofit budgeting and **creditor** counseling agency. (Married **debtors** filing under chapter **12** or chapter 13 must include payments by **either** or both spouses whether or not a joint petition is filed, unless **the** spouses **are separated** and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

None ☒    **b.** Debtor whose **debts are** not primarily **consumer** debts: List each payment or **other** transfer to any creditor made within *90* **days** immediately preceding the commencement of the case unless the aggregate value of all **property** that constitutes or is **affected** by such **transfer** is less than *$6,255.* **I** the debtor is an individual indicate with an **asterisk** (\*) any payments **that were** made **to** a creditor on **account** of a domestic suppon obligation or as part of an **alternative repayment** schedule under a plan by an approved nonprofit budgeting and credit **counselig agency.** (Married dcbton filing under **chapter 12** or chapter 13 **must** include payments and other **transfers** by either or both spouses whether **or** not a joint **petition** is **filed,** unless the spouses **are separated** and a joint petition is not **filcd.**

| Name and Address of Creditor | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|
| | | | |

None        c. All **debtors**: List all payment made within one year **immediately** preceding the **commencement** of this case
to or for **the benefit** of **creditors** who **are** or were **insiders**. (Married **debtors** filing under chapter **12** or
**chapter 13** must include **payments** by either or both spouses whether or not a joint petition is filed, unless
the **spouses are separated** and a joint petition is not tiled.)

| Name and **Address** of **Creditor** and **Relationship** to Debtor | Date of **Payment** | Amount Paid | **Amount** Still Owing |
|---|---|---|---|
| | | | |

4. Suits and administrative proceedings, **executions,** garnishments and attachments

None ☒      a. List all **suits** and **administrative** proceedings to which the debtor is or was a party within one year immediately
**preceding the** tiling **of this bankruptcy** case. (Married **debtors** tiling under chapter **12** or **chapter** 13 must include
**information** concerning either or both spouses **whether** or not a joint petition is file4 unless the spouses **are**
separated and **a joint** petition is not tiled.)

| Caption of Suit and Care Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| | | | |

None  Consider all property that the debtor holds or controls and the debtor or others may have used, within one
year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |

5. Repossessions, foreclosures and returns

None  ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is tiled, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |

None ☒   a. **Describe** any **assignment** of **property** for the benefit of creditors made within **120** days immediately preceding the **commencement** of **this** case. (Married debtors filing under chapter **12** or chapter **13** must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint **petition** is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|
| | | |

None [X]   b. List all **property** which has been in the hands of a **custodian**, receiver, or **court-appointed official** within one **year** immediately preceding the commencement of this case. (**Married** debtors filing under chapter 12 or **chapter 13** must include **information concerning property** of either or both spouses whether or not a joint petition is filed. unless the **spouses** are **separated** and a joint **petition** is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|
| | | | |

**7. Gifts**

None ☒ List all **gifts** or charitable **contributions** made within one year immediately preceding the commencement of this care except **ordinary** and usual **gifts** to family members **aggregating less** than $200 in **value** per individual family **member** and **charitable contributions** aggregating less **than $100** per **recipient.** (**Married** debtors filing under chapter 12 or chapter 13 must include **gifts** or contributions by either or both **spouses** whether or not a joint petition is filed, unless the **spouses** are **separated** and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

**8. Losses**

None ☒ List all losses **from fire, theft,** other **casualty** or gambling within one year immediately **preceding** the commencement of **this** case or since the **commencement** of this case. (**Married** debtors filing under chapter 12 or **chapter 13 must** include **losses** by either or both **spouses whether** or **not** a joint petition is filed, **unless** the **spouses are** separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances a n d if Loss was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|

**9. Payments** related to debt counseling **or bankruptcy**

None ☒ **List** all **payments** made or property transferred by or on behalf of the **debtor** to any **persons,** including attorneys, for **consultation concerning** debt consolidation, relief under the **bankruptcy** law **or** preparation of a **petition** in **bankruptcy** within one year immediately **preceding the** commencement **of this care.**

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| **Martin** Y. Joseph<br>221 N. **LaSalle**<br>Suile 1906<br>**Chicago, IL.** 60601 | | $1500.00 + $335.00 court **costs** |

Phoenix Page 7

10. Other Transfers

None ☒ a. List all other property, other than **property** transferred in the ordinary course of the business or financial affairs of the **debtor,** transferred either absolutely or as security within **two years** immediately preceding the **commencement** of this **case.** (Married debtors filing under chapter **12** or **chapter** 13 **must** include **transfers by** either or both spouses whether or **not** a joint petition is filed. unless the spouses are **separated** and a joint petition is not filed.)

| Name and Address of **Transferee,** Relationship to Debtor | Date | Describe Property **Transferred** and Value Received |
|---|---|---|

None ☒ **b.** List all property transferred by the debtor within ten years immediately preceding the **commencement** of this **case** to a **self-settled trust** or similar device of which the debtor is a beneficiary.

| Name of **Trust** or Other Device | **Date(s)** of **Transfer(s)** | Amount of Money or Description and Value of **Property** or **Debtor's Interest** in **Property** |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial **accounts** and instruments held in the name of the debtor or for **the benefit** of the debtor which were **closed,** sold, **or otherwise** transferred within one year immediately preceding the **commencement** of this case. Include checking, savings, or **other** financial **accounts, certificates** of **deposit,** or other instruments: shares and share **accounts** held in banks, **credit** unions, pension funds, cooperatives, associations, brokerage houses and **other** financial institutions. (Married debtors filing under **chapter** 12 or chapter 13 must include **information concerning accounts** or **instruments** held by or for either or both **spouses** whether or not **a joint** petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | **Type** of Account, **Last** Four Digits **of Account Number,** and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

Pagonia Page 8

## 12. Safe deposit boxes

None ☐   Lint **each** safe **deposit** or other box or depository in which the debtor has M had **securities**, cash, or other valuables within one year **immediately** preceding the commencement of this case. (**Married** debtor filing under chapter **12** a chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses **are** separated and a joint **petition** is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to **Box** or Depository | Description of **Contents** | Date of Transfer or Surrender, if any |
|---|---|---|---|
| | | | |

## 13. Setoffs

None ☒   List all **setoffs** made by any creditor, including a bank, against a debt or deposit of the **debtor** within 90 days preceding the **commencement** of this **case.** (Married debtors filing under chapter 12 or chapter **13** must include **information** concerning either a both spouses whether or not a joint **petition** is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and **Address** of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|
| | | |

## 14. **Property held** for another person

None ☒   List all property **owned** by another person **that** the debtor holds or controls.

| Name and Address **of** Owner | Description and Value of Property | Location of Property |
|---|---|---|
| | | |

15.  Prior address of debtor

None  ☒      If the debtor has moved **within the** three years **immediately preceding** the **commencement** of this case, list all **premises**
which **the** debtor occupied during **that** period and vacated **prior** to **the commencement** of this case. If a **joint** petition is
filed, **report also any separate address** of either spouse.

Address                                               Name Used                                                          **Dates of Occupancy**

16.  Spouses and former spouses

None  ☒      If the debtor **resides** or resided in a **community property** state, **commonwealth,** or **territory** (including Alaska, **Arizona,
California,** Idaho, **Louisiana, Nevada,** New **Mexico, Puerto Rico, Texas, Washington,** or **Wisconsin) within** the eight.
year period immediately preceding the wmmencement of the case, identify the **name of the** debtofs **spouse** and of
any former spouse who **resides** or resided with the debtor in **the community property** state.

17.  Environmental information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination. releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface  water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, a material.

"Site" means any location, facility, or property as defined under any Environmental Law. whether or not presently or formerly owned or operated by the debtor, including but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant. or contaminant or similar term under an Environmental Law.

None  ☒   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None  ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| S i b Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None  ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|
| | | |

18. Nature, location and name of business

None ☐   a  If the debtor is an individual, list the names, addresser, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or
other activity either full- or part-time within the six-years immediately preceding the wmmencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
preceding the commeneement of this case.

If the debtor is a partnership, list the names, addresser, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debwr was a partner or owned 5 percent or more of
the voting or equity securities, within the six years immediately preceding the commencement of this care.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debwr was a partner or owned 5 percent or more of
the voting or equity securities within the six years immediately preceding the commencement of this case.

| Name, Address, Last Four Digits of Soc. Sec. No. Complete EIN or Other Taxpayer I.D. No. | Nature of Business | Beginning and Ending Dates |
|---|---|---|
| 2506 | Auto Wholesaler | 2004-2013 |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|